AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

IN THE MATTER OF THE APPLICATION OF THE
UNITED STATES OF AMERICA FOR A SEARCH
WARRANT OF ONE PERSON UNDER RULE 41

)
)
)
)
)
)
)

Case No. 26-sw-116

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the _____ Jurisdiction _____ District of _____ Columbia _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a Firearm and Ammunition by a Person Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year |

The application is based on these facts:

See Affidavit in Support of the Application for Search Warrant

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

███████, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means)*.

Date:    04/08/2026
_____

_____
*Judge's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

IN THE MATTER OF THE APPLICATION OF THE
UNITED STATES OF AMERICA FOR A SEARCH
WARRANT OF ONE PERSON UNDER RULE 41

)
)
)
)
)
)
)

Case No.  26-sw-116

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Jurisdiction of the_____ District of ___Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   April 22, 2026 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  G. Michael Harvey, U.S. Magistrate Judge _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  _____ .

Date and time issued:   04/08/2026 _____

_____
*Judge's signature*

City and state:   Washington, D.C. _____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br> 26-sw-116 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

*Person to be Searched*

The person to be searched is Ismael SANGARE, DOB ███████, FBI# ████████



**ATTACHMENT B**

*Property to be seized from person of Ismael SANGARE*

All items constituting evidence, fruits, and/or instrumentalities of violations of Possession of a Firearm and Ammunition by a Person Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year, in violation of 18 U.S.C. § 922(g) (hereinafter, the "SUBJECT OFFENSE"), by SANGARE, as described in the search warrant affidavit, including, but not limited to, the following:

a. A sample of the deoxyribonucleic acid ("DNA") of the person identified in Attachment A to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT OF ONE PERSON UNDER RULE 41** | **Case No. 26-SW-116**<br><br>**UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF APPLICATION UNDER RULE 41 FOR WARRANT TO SEARCH AND SEIZE

I, ▓▓▓▓▓▓, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing a search of a sample of the deoxyribonucleic acid ("DNA") from Ismael SANGARE ("SANGARE") to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

2.    I am a Special Agent with ▓▓▓▓▓▓▓▓▓▓▓▓▓. I have been in this position since May of 2020. I am a graduate of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I have conducted investigations pertaining to violations of federal law pertaining to firearms and ammunition. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3.    Through my training and employment, I am also familiar with the fact that each person has a unique DNA composition. DNA isolated from blood, hair, skin cells, or other genetic evidence left at the scene of a crime or left on evidence of a crime can be compared with the DNA

of an individual to identify an individual as a potential suspect, or exclude an individual as a potential suspect.

4.     I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business and bank records and official government records, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein.

5.     Because this affidavit is being submitted for the limited purpose of a search warrant for a buccal swab of SANGARE, I have not set forth every fact learned during this investigation. I make this affidavit based, in part, on my personal knowledge and observations derived from my participation in this investigation, information provided by other law enforcement officers, reports and data provided by other officers, which I have read and reviewed, and, in part, upon information and belief.

6.     On the basis of this familiarity, and on the basis of other information your affiant has reviewed and determine to be reliable, I allege the facts to show there is probable cause to believe that evidence of violations of Possession of a Firearm and Ammunition by a Person Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year, in violation of 18 U.S.C. § 922(g) (hereinafter, the "SUBJECT OFFENSE"), will be found located in the cheek/saliva (buccal swab[1]) of SANGARE.

---

[1] As the Supreme Court has recognized, a "buccal swab" is a "common procedure" that involves "wiping a small piece of filter paper or a cotton swab similar to a Q-tip against the inside cheek of an individual's mouth to collect some skin cells." *Maryland v. King*, 133 S. Ct. 1958, 1967-68 (2013). This procedure is "quick and painless" and poses "no threat to the health or safety" of a defendant. *Id*. at 1968.

**PROBABLE CAUSE**

7.　This genesis of this investigation focused on evidence indicating that SANGARE stole a victim's identity, obtained a Maryland Driver's License with the identity theft victim's information on it, and used it to obtain an apartment within ███████████████████ ███████████████████████ Evidence also indicates that SANGARE has used that apartment as a primary residence.

8.　As the investigation progressed, law enforcement became aware that SANGARE has been supervised and monitored by CSOSA in Washington, DC in accordance with Pretrial release conditions imposed on him in ███████████ SANGARE, up until March 17, 2026, was monitored through the use of a GPS ankle monitor.

9.　Law enforcement reviewed SANGARE's location coordinates from the GPS ankle monitor which revealed that SANGARE, on or about March 10, 2026, traveled to an outdoor firearms range located at ████████████████████████████ According to the ankle monitor data, SANGARE stayed at the firearms range for approximately 4 hours. Specifically, from 1:24 p.m. to 5:06 p.m., SANGARE was at the address: ███████████████ ████████████████ (*See Figures 1 and 2*)



*Figure 1: Ankle monitor data of SANGARE traveling to gun range from Washington,*

*D.C.*



*Figure 2: Ankle monitor at Gun Range*

10.    Your affiant knows SANGARE to have a prior conviction punishable by a term of more than one year in Washington, DC. Namely, he was convicted of Carrying a Pistol Without a License and Attempted Assault with Deadly Weapon (Case Number 2022-CF3-001728). SANGARE also has a pending domestic violence matter in Washington, DC from November 2025 for which he was granted pretrial release ███████████████████ ) with the GPS ankle monitor that he was wearing at the gun range. SANGARE also has criminal history in Maryland with a 2021 Misdemeanor conviction for Loaded Handgun in Vehicle for which he was sentenced to 2 years imprisonment (with 2 years suspended and 2 years of probation).

11.    On March 20, 2026, law enforcement arrested SANGARE while executing a premises search warrant for SANGARE's last known residence, namely ████████████ ██████████████  While executing the warrant, law enforcement recovered an Anderson Arms make ████████████████████ (hereinafter "Anderson Rifle") with a twenty (20) round magazine, and a box of thirteen (13) green tipped armor piercing rounds.

Pursuant to the evidence seized at SANGARE's residence, the government filed a criminal complaint with a supporting Statement of Offense charging SANGARE with one count of violating 18 U.S.C § 922(g) (Felon in possession of a firearm or ammunition). (*See* **Figures 3 and 4**)



*Figure 3: Anderson Rifle recovered from SANGARE's apartment*



*Figure 4: Magazine and Ammunition with Green Tipped Rounds*

12.    SANGARE is currently detained within the District of Columbia.

13.    There is probable cause to search SANGARE for a saliva sample containing his DNA because there is a fair probability that his DNA is evidence of a crime—namely his violation of 18 U.S.C § 922(g) for possessing the Anderson Rifle and accompanying magazine and ammunition.

14.    Based on the foregoing facts, your affiant believes there is probable cause to believe that the Anderson Rifle, rifle magazine and rifle ammunition seized on March 20, 2026 were possessed or touched by SANGARE. The affiant therefore believes there is probable cause to obtain a buccal swab from SANGARE, to compare the DNA collected from the rifle, rifle magazine and rifle ammunition recovered on March 20, 2026, to SANGARE's DNA.

## CONCLUSION

15.    Based upon the above-referenced facts, your affiant submits that there is probable cause to believe that evidence of the SUBJECT OFFENSE will be located in the cheek/saliva (buccal swab) of SANGARE.

Respectfully submitted,



Subscribed and sworn by phone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 8, 2026.

_____
G. Michael Harvey
United States Magistrate Judge